IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT ZIMMER, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-08-CA-638-LY |
| | § | |
| UNISTATES CREDIT AGENCY, LLC, | § | |
|     DEFENDANT. | § | |

### FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed this cause of action without prejudice and now renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above styled and numbered cause of action is hereby **CLOSED**.

SIGNED this _____ day of July, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE